AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  CV15-0367-TUCRCC

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 1 2015

CLERK U S DISTRICT COUR'
DISTRICT OF ARIZONA
BY ___ DEPUTY

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   John Leonardo, U. S. Attorney, District of Arizona

was received by me on *(date)*        09/03/2015          .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Betina Cantor _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*   office of U.S. Attorney for

District of Arizona _____ on *(date)*   09/08/2015       ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $   60.00   for services, for a total of $   60.00   .

I declare under penalty of perjury that this information is true.

Date:    09/11/2015 _____

_____
*Server's signature*

Marri Bernier, Registered Process Server. Maricopa County
*Printed name and title*

16845 N. 29th Ave. #526
Phoenix, AZ 85053

_____
*Server's address*

Additional information regarding attempted service, etc:
My Maricopa I.D. # is 8348.  I served Ms. Cantor, an Hispanic female who identified herself as an Administrative Assistant, about 50 years of age, approximately 5'4" and 135 pounds, having black hair a brown eyes and wearing glasses, at 1:50 p.m. in Suite 1200 of Two Renaissance Square, 40 N. Central, Phoenix, Arizona 85004.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| The Living Man Known as<br>Josh Albritton<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Loretta E. Lynch, Attorney General for the U.S.<br>John S, Leonardo, U.S. Attorney for the District of AZ<br>Brian McIntyre, Cochise County Attorney<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>) **CV 15-0367 TUCRCC**<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John S. Leonardo
U.S. Attorney for the District of Arizona
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Josh Albritton
c/o 2160 E. Fry Blvd
Suite C5 #221
Sierra Vista, AZ 85635

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRIAN D. KARTH

*CLERK OF COURT*

Date: _8/31/2015_        _____
*Signature of Clerk or Deputy Clerk*